

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00663-CV

**UNITED RESOURCES, L.P.**,
Appellant

v.

**SEPCO TUBULARS, INC.**, Padre Tubulars Inc., Jesse Ortega, and Collinsworth Well Treating,
Inc.,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 05-10-13092CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, Collinsworth Well Treating, Inc.'s motion to be dismissed from this appeal is GRANTED.

We delete the following language from the trial court's remand judgment of August 6, 2012:

> Specifically, Sepco Tubulars, Inc. and Padre Tubulars Inc. filed Cross-Claims against United Resources, L.P. on October 9, 2011, alleging comparative negligence resulting in the "occurrence in question," that is, Jesse Ortega's injury, and seeking contribution for Ortega's damages (Exh. B). Sepco Tubulars, Inc, and Padre Tubulars Inc. alleged United Resources, LP, the operator of the well, caused Ortega's injury due to acts or omissions regarding the safety, education, warning, and positioning of personnel at the well site. The negligence question was submitted to the jury at Questions 9 and 10 of the Jury Charge (Exh. C).
>
> Ortega settled his negligence claim against United Resources while the jury was deliberating, then dismissed United Resources from the suit with prejudice (Exh. D). Sepco and Padre received a credit for that settlement in the Amended Final Judgment.

Sepco and Padre appealed the verdict and judgment to the Texas Supreme Court, and the parties settled. The Supreme Court vacated this Court's April 22, 2008 Judgment save and except for that part pertaining to Sepco and Padre's cross-claims against United Resources.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Agreed Notice of Non-Suit and Dismissal of Entire Suit originally signed by the Court on January 20, 2012 is reinstated in keeping with the parties' settlement agreements and this order, save and except for that part of the Court's April 22, 2008 Amended Final Judgment pertaining to North American Interpipe, Inc. f/k/a Sepco Tubulars, Inc. and Padre Tubulars Inc.'s cross-claims against settling Defendant United Resources, L.P., specifically, for comparative negligence and contribution for Ortega's injury.

In the place of the foregoing paragraphs, we substitute the following language:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff Jesse Ortega take nothing of and from Defendants, Padre Tubulars, Inc. and Sepco Tubulars, Inc. on all claims for damages which have been or could have been asserted by him in this cause and that the agreed non-suit, with prejudice, is hereby noticed and this case is dismissed except for that portion of the court's Amended Final Judgment dated April 22, 2008 pertaining to the cross-claims by North American Interpipe, f/k/a Sepco Tubulars, Inc. and Padre Tubulars, Inc. against United Resources, L.P.

With these modifications, the trial court's judgment is AFFIRMED AS MODIFIED.

We ORDER that United Resources, L.P. and Collinsworth Well Treating, Inc. recover their costs of this appeal from Sepco Tubulars, Inc. and Padre Tubulars, Inc.

SIGNED July 9, 2014.